IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JARVIS A. HOLMES AND
MARSHA HOLMES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-2735

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Appellee.

_____/

Opinion filed October 9, 2015.

An appeal from the Circuit Court for Walton County.
W. Howard Laporte, Judge.

John W. Wesley of Wesley, McGrail & Wesley, Fort Walton Beach, for Appellant.

Ellen C. Pappas of Seymour & Whitney, Fort Walton Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., WETHERELL, and OSTERHAUS, JJ., CONCUR.